I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 12-6-13

DEPUTY CLERK

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

DEC - 6 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC - 6 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JAVIER MARTINEZ,

   Petitioner,

vs.

CYNTHIA TAMPKINS, Warden,

   Respondent.

Case No. CV 13-4141-PSG (RNB)

**JUDGMENT**

  Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

  IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 12/4/13

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE